BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAY D. HOLLIDAY,

        Plaintiff,

vs.

GENERAL ELECTRIC COMPANY,
et al.,

        Defendants.

Case No. 3:06-cv-07175-CRB

ORDER GRANTING PARTIES'
DISMISSAL WITH PREJUDICE OF
DEFENDANT GENERAL ELECTRIC
COMPANY

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: NOV 2 2 2013

By:_____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC
COMPANY